No. 77–5026.   Witt v. Florida.   Sup. Ct. Fla.;

No. 77–5305.   Burns v. Texas.   Ct. Crim. App. Tex.;

No. 77–5355.   Shippy v. Texas.   Ct. Crim. App. Tex.; and

No. 77–5464.   Pryor v. Georgia.   Sup. Ct. Ga.   Certiorari denied.   Reported below: No. 77–5026, 342 So. 2d 497; No. 77–5305, 556 S. W. 2d 270; No. 77–5355, 556 S. W. 2d 246; No. 77–5464, 238 Ga. 698, 234 S. E. 2d 918.

Mr. Justice Brennan and Mr. Justice Marshall, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 77–5207.   King v. United States.   C. A. 9th Cir. Motions of Russo et al. for leave to join in petition and certiorari denied.

No. 76–6771.   Dixon v. Thompson, Warden, *ante,* p. 843; and

No. 77–5216.   Townsley v. Board of Port Commissioners, Port of Oakland, *ante,* p. 807.   Petitions for rehearing denied.

No. 76–6616.   Bradington v. International Business Machines Corp., 431 U. S. 974; and

No. 76–6998.   Mason et al. v. Callaway et al., *ante,* p. 877.   Petitions for rehearing denied.   Mr. Justice Blackmun took no part in the consideration or decision of these petitions.